**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| **MEIGHAN STONE**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**VOTE.ORG ET AL**<br><br>*Defendants.* | **Civil Action No. 8:23-CV-2689** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Meighan Stone hereby gives notice that this action is voluntarily dismissed. Defendant Vote.org, and Defendant Insperity PEO Services, L.P. have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices her voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Respectfully submitted,

William E. Chavez

William E. Chavez
Fed. Bar Number 30560
EMPLOYMENT LAW CENTER OF MARYLAND
5 Hillcrest Dr, Ste B203
Frederick, MD 21703
(240) 384-5705 (main)
(240) 415-9538 (direct)
(240) 597-4704 (fax)
wchavez@elcmd.org

*Counsel for Plaintiff Meighan Stone*